UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:01-CR-374 CAS |
| | ) | |
| HAISSAM A. NASHAR, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

This closed criminal matter is before the Court on movant Mohamad Youssef Hammoud's motion to unseal the plea agreement and related documents. In his motion, Mr. Hammoud requests that the Court unseal the plea agreement and related documents, including but not limited to the Stipulation of Facts Relative to Sentencing and the transcript of the plea hearing, in the above-captioned case. Mr. Hammoud states that these documents are highly relevant to his criminal sentencing, which is set for November 16, 2010. Because this is a time-sensitive matter, the Court will order the parties in this action to respond to movant's motion on or before Tuesday, November 2, 2010.

**IT IS HEREBY ORDERED** that the government and defendant Haissam A. Nashar shall respond to movant Mohamad Youssef Hammoud's motion to unseal the plea agreement and related documents by **Tuesday, November 2, 2010**.

CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE

Dated this 29th day of October, 2010.